**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Liberty Mutual Fire Insurance Company,**

**Plaintiff,**

**-against-**

**Travelers Indemnity Company of America, et al.,**

**Defendants.**

**1:26-cv-01705 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than May 5, 2026, Plaintiff shall file a letter indicating whether Plaintiff has had any communications with defendant New York Marine and General Insurance Company or defendant State National Insurance Company and Plaintiff's proposed next steps with respect to those defendants.

**SO ORDERED.**

Dated:    New York, New York
          April 28, 2026

_____
STEWART D. AARON
United States Magistrate Judge