USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LIBERTY MUTUAL FIRE INSURANCE,            :
                                          :
                        Plaintiff,        :
              -v -                         :          1:26-cv-1705-GHW
                                          :
TRAVELERS INDEMNITY COMPANY OF            :          ORDER
AMERICA, *et al.*,                         :
                                          :
                        Defendants.        :
                                          :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 8, 2026 the Court directed the parties to confer as to whether they consent to

proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or

a joint letter no later than May 22, 2026.  Dkt. No. 29.  Neither document has been submitted.

Accordingly, the parties are directed to comply with the Court's May 8, 2026 order forthwith, and in

no event later than June 12, 2026.

        SO ORDERED.

Dated:  June 2, 2026
New York, New York
                                  _____
                                         GREGORY H. WOODS
                                       United States District Judge