**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Liberty Mutual Fire Insurance Company,**

**Plaintiff,**

**-against-**

**Travelers Indemnity Company of America, et al.,**

**Defendants.**

**1:26-cv-01705 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following an Initial Pretrial Conference with the parties during which the parties raised a dispute relating to whether Defendant State National Insurance Company may redact from documents produced in this action email addresses and phone numbers for its Named Insureds who are defendants in the underlying action (*see* Proposed Case Management Plan, ECF No. 42, ¶ 6), and for the reasons stated on the record, it is hereby ORDERED as follows:

1. Redactions of the Named Insureds' email addresses and phone numbers for documents produced in this action are not permitted.
2. Any communications with the Named Insureds shall be through their counsel in the underlying action.

**SO ORDERED.**

Dated: New York, New York
July 16, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge