**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Liberty Mutual Fire Insurance Company,**

**Plaintiff,**

**-against-**

**Travelers Indemnity Company of America, et al.,**

**Defendants.**

**1:26-cv-01705 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status report filed on November 2, 2026. (11/2/26 Status Report, ECF No. 48.) Although the parties did not explicitly request an extension of the deadline for the completion of fact discovery, which is November 24, 2026 (*see* Case Management Plan, ECF No. 43), Defendants State National and New York Marine request until January 5, 2027 to review documents and report back to the Court regarding next steps and Plaintiff requests until November 30, 2026 to work out discovery issues and report back to the Court. (*See* 11/2/26 Status Report at 1-2.) Accordingly, it is hereby ORDERED as follows:

1. The deadline for the completion of all discovery is extended until December 18, 2026.
2. Any requests for a further extension of the discovery deadline shall be made by Letter Motion and shall set forth good cause for the requested extension.
3. If, following the close of discovery, the parties wish to participate in a settlement conference before the undersigned they shall submit, via email to

Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.[1]

4. Otherwise, the parties must comply with Judge Woods's Individual Rules with respect to pre-motion conferences regarding any anticipated motions for summary judgment.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge

[1] The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.